IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHARON UMPLEBY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of Social Security,**<br><br>    Defendant. | Civil Action 7:10-CV-8 (HL) |

## ORDER

The Recommendation (Doc. 10) of United States Magistrate Judge Thomas Q. Langstaff, entered March 1, 2011, is before the Court. The Magistrate Judge recommends that the Commissioner's decision in Plaintiff's Social Security appeal be affirmed pursuant to Sentence Four of § 405(g). Plaintiff did not file a written objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 10). The decision of the Commissioner is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 24th day of March, 2011.

                                  *s/ Hugh Lawson*
                                  **HUGH LAWSON, SENIOR JUDGE**

mbh